UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA M. HAJJAR,

    *Plaintiff*,

  v.

LONNIE BUNCH, Secretary, Smithsonian Institution,

    *Defendant*.

Civ. A. No. 19-2777 (RC)

## JOINT MOTION FOR THE ENTRY OF STIPULATED PROTECTIVE ORDER

    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby jointly move the Court to enter the Stipulated Protective Order attached hereto as Exhibit 1.  In support of this Motion, the Parties state:

    1.    Discovery in this action may include the disclosure of records and information that is private and confidential and which may be deserving of protection from public disclosure by federal statutory and regulatory requirements, including the Privacy Act of 1974, 5 U.S.C. § 552a.

    2.    In view of the nature of the information that may be the subject of discovery in this action, good cause exists for the entry of a protective order to permit the parties to fulfill their discovery obligations while providing adequate assurance that discovery will not require unrestricted and potentially damaging disclosure of confidential information.

    3.    The Parties have agreed to be bound by the terms and conditions of the Stipulated Protective Order attached hereto as Exhibit 1 and request that it be entered by the Court.

    WHEREFORE, the Parties jointly request that the Court formally adopt and enter the Stipulated Protective Order attached hereto as Exhibit 1.

| | |
|---|---|
| Dated:  October 1, 2020 | Respectfully submitted, |
| /s/ Michael L. Vogelsang, Jr. | MICHAEL R. SHERWIN |
| Michael L. Vogelsang, Jr. | Acting United States Attorney |
| The Employment Law Group, P.C. | |
| 888 17th Street, N.W., 9th floor | DANIEL F. VANHORN |
| Washington, D.C. 20006 | D.C. Bar No. 924092 |
| (202) 261-2838 | Chief, Civil Division |
| (202) 261-2835 (facsimile) | |
| mvogelsang@employmentlawgroup.com |  /s/ Daniel P. Schaefer |
| | DANIEL P. SCHAEFER |
| *Counsel for Plaintiff* | D.C. Bar No. 996871 |
| | Assistant United States Attorney |
| | 555 Fourth Street N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2531 |
| | Daniel.Schaefer@usdoj.gov |
| | |
| | *Counsel for Defendant* |