UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANA M. HAJJAR,

     *Plaintiff*,

    v.

LONNIE BUNCH, Secretary, Smithsonian
Institution,

     *Defendant*.

Civ. A. No. 19-2777 (RC)

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Minute Order dated August 13, 2020.  Since the parties filed their previous joint enlargement motion in August, the parties have been continuing to engage in written discovery.  Defendant Smithsonian Institution ("Smithsonian") served a supplemental production of documents on October 9, 2020.  In addition, the parties recently completed a meet and confer on search terms for Smithsonian to apply to conduct supplemental searches to address outstanding issues that Plaintiff raised in a deficiency letter that the parties have been working together to resolve the past few months.  The parties reached an agreement on search protocol for the outstanding email searches.  However, Smithsonian will require additional time to execute those searches and review any potentially responsive records that hit upon the search terms.  In addition, depending on the volume of potentially responsive records that would require further review, it may be necessary for the parties to further confer to refine the search terms.  The parties have not yet scheduled any remote depositions because the parties prefer to defer depositions until after Smithsonian's document productions are completed.

Yesterday evening, Plaintiff's counsel filed a motion with Plaintiff's consent to withdraw from the case.  ECF Nos. 16-17.  Plaintiff is still in the process of confirming whether she intends to prosecute her case *pro se* or whether she will retain new counsel.  Should the Court grant Plaintiff's counsel's consented motion to withdraw, Plaintiff requests a 30-day stay to confirm her ability to retain new counsel or, in the alternative, prepare to prosecute her case *pro se*.  Defendant is amenable to this stay of discovery until Plaintiff has an opportunity to retain new counsel, if she chooses to do so.  Under the current schedule, the liability phase of discovery expires on February 15, 2021.

In the meantime, and unless the Court orders otherwise, Smithsonian will proceed with the agreed search protocol and commence the document review after the search is completed.

Dated:  November 12, 2020

  /s/ Diana M. Hajjar
DIANA M. HAJJAR
1501 Crystal Drive, Apt. 431
Arlington, VA 22202
(650) 452-0977
hdianamarcela@gmail.com

*Plaintiff*

  /s/ Michael L. Vogelsang, Jr.
Michael L. Vogelsang, Jr.
The Employment Law Group, P.C.
888 17th Street, N.W., 9th floor
Washington, D.C. 20006
(202) 261-2838
(202) 261-2835
mvogelsang@employmentlawgroup.com

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By:  /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar No. 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*