*LEAVE TO FILE GRANTED 2/25/2021* [judge's signature]

Judge Rudolph Contreras
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Diana Marcela Hajjar
1501 Crystal Drive, #431
Arlington, VA 22202

09 February 2021

Judge Contreras;

Warm greetings. Thank you for taking the time to meet with me and opposing counsel in my case against the Smithsonian Institution (Civil Action No. 19-2777 RC).

As discussed, now that we are more than three years into this action, I have completely depleted all my resources (including all our retirement funds) and paid over $200,000 in the process. I am at the end of my capacity and, sadly, have been outlasted by deeper pockets in this process despite the strength of my case, the extensive nature of all the evidence I have and the long duration of poor treatment, discrimination, hostile work environment, harassment and retaliation that I endured for years while I worked at the Smithsonian Institution, a supposed beacon of learning, tolerance and dialogue.

Therefore, now that my own counsel has withdrawn their representation and my failure to secure alternate *pro bono* representation and my complete ignorance of how to navigate the system to consider representing myself, I find myself with no other viable option except to formally withdraw my complaint. I wish that I knew how to represent myself but it is very intimidating, especially after all that they have already put me through. It is very painful for me to withdraw my complaint because, yet again, it feels that evil wins and gets away with continued illegal activity without repercussions or consequences! And, in my case here, it feels as though I have doubly lost twice.

I am grateful for your patience and understanding and for your kindness in giving me this mechanism for moving forward with withdrawing my complaint. Thank you.

Respectfully,

[signature]
Diana Marcela Hajjar
Civil Action No. 19-2777 (RC)